filing

FILED

08 APR -8

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name **Boyland   Jarnell**
     (Last)      (First)      (Initial)

Prisoner Number **J#2343317**

Institutional Address **P.O. Box 67# San Bruno, CA 94066**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Kimberly M Mullen**
(Enter the full name of plaintiff in this action.)

vs.

**Jarnell Boyland**
**P.O. Box 67**
**San Bruno, CA 94066**

(Enter the full name of respondent(s) or jailor in this action)

Case No. **CV 08 1884 TEH (PR)**
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

---

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

1  Who to Name as Respondent

2  You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.
6  If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10  **A.  INFORMATION ABOUT YOUR CONVICTION AND SENTENCE**

11  1. What sentence are you challenging in this petition?

12  (a)  Name and location of court that imposed sentence (for example; Alameda
13       County Superior Court, Oakland):
14       _____N/A_____  _____N/A_____
15            Court                Location
16  (b)  Case number, if known ____N/A  2343317____
17  (c)  Date and terms of sentence ____N/A____
18  (d)  Are you now in custody serving this term? (Custody means being in jail, on
19       (parole) or probation, etc.)        Yes ☒    No ____
20  Where? SAN BRUNO, CA,
21  Name of Institution: CJ#5 west Annex
22  Address: 1# Moreland Dr., San Bruno, CA 94066

23  2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)

26  
27  _____N/A_____
28  

PET. FOR WRIT OF HAB. CORPUS         - 2 -

3. Did you have any of the following?

    Arraignment:    Yes ✓    No ____

    Preliminary Hearing:    Yes N/A    No ____

    Motion to Suppress:    Yes ____    No ____

4. How did you plead?

    Guilty ____    Not Guilty ✓    Nolo Contendere ____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury ____    Judge alone ____    Judge alone on a transcript ____  N/A

6. Did you testify at your trial?    Yes ____    No ✓

7. Did you have an attorney at the following proceedings:

    (a) Arraignment    Yes ✓    No ____

    (b) Preliminary hearing    Yes ____    No ____

    (c) Time of plea    Yes ____    No ____

    (d) Trial    Yes ____    No ____

    (e) Sentencing    Yes ____    No ____

    (f) Appeal    Yes ____    No ____

    (g) Other post-conviction proceeding    Yes ____    No ____

8. Did you appeal your conviction?    Yes ____    No ____

    (a) If you did, to what court(s) did you appeal?

    Court of Appeal    Yes ____    No ____

    Year: _____  Result: _____

  N/A

    Supreme Court of California    Yes ____    No ____

    Year: _____  Result: _____

    Any other court    Yes ____    No ____

    Year: _____  Result: _____

    (b) If you appealed, were the grounds the same as those that you are raising in this

    N/A

PET. FOR WRIT OF HAB. CORPUS    - 3 -

|   |   |   |   |
|---|---|---|---|
| | | petition? | Yes ____ No __✓__ |
| | (c) | Was there an opinion? | Yes ____ No __✓__ |
| | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | |

N/A                                       Yes ____   No ____

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?      Yes ____   No __✓__

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

    (a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

        I.    Name of Court: _____

            Type of Proceeding: _____

            Grounds raised (Be brief but specific):

            a. _____

            b. _____

            c. _____

            d. _____

            Result: _____ Date of Result: _____

       II.   Name of Court: _____

            Type of Proceeding: _____

            Grounds raised (Be brief but specific):

1          a. _____
2          b. _____
3          c. _____ *N/A*
4          d. _____
5          Result: _____ Date of Result: _____
6    III.  Name of Court: _____
7          Type of Proceeding: _____
8          Grounds raised (Be brief but specific):
9          a. _____
10         b. _____
11         c. _____ *N/A*
12         d. _____
13         Result: _____ Date of Result: _____
14   IV.  Name of Court: _____
15         Type of Proceeding: _____
16         Grounds raised (Be brief but specific):
17         a. _____
18         b. _____
19         c. _____ *N/A*
20         d. _____
21         Result: _____ Date of Result: _____
22   (b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?
23         Yes ____  No ✓
24         Name and location of court: _____
25 B. GROUNDS FOR RELIEF
26     State briefly every reason that you believe you are being confined unlawfully. Give facts to
27 support each claim. For example, what legal right or privilege were you denied? What happened?
28 Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS     - 5 -

1 | need more space. Answer the same questions for each claim.

2 | [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3 | petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4 | 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5 | Claim One:_____

6 | _____
7 | Supporting Facts:_____
8 | _____
9 | _____
10 | _____
11 | Claim Two:_____
12 | _____
13 | Supporting Facts:_____
14 | _____
15 | _____
16 | _____
17 | Claim Three:_____
18 | _____
19 | Supporting Facts:_____
20 | _____
21 | _____
22 | _____

23 | If any of these grounds was not previously presented to any other court, state briefly which
24 | grounds were not presented and why:



N/A

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:

4  _____N/A_____
5  _____
6  _____

7  Do you have an attorney for this petition?                Yes____   No __✓__
8  If you do, give the name and address of your attorney:
9  _____

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12
13  Executed on ___4-3-08___                    *Boy Cano Jarnell*
14              Date                            Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS            - 7 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.  **Non-habeas Civil Actions**

The filing fee for any civil action other than a habeas is $150.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $150.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

B.  **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. If you use a habeas form to file a non-habeas civil action, you will be required to pay the $150.00 filing fee applicable to all non-habeas civil actions.

IFP APPLI.-PRISONER (Rev. 6/02)



Jamell Boyland 23433317
P.O. Box 67
San Bruno, California 94066

RECEIVED
08 APR -9 PM 12:
RICHARD W. WIEKING
CLERK, U.S. DISTRICT C
NORTHERN DISTRICT OF CAL

Clerk of the United States District Court
for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102