E-filing

FILED
08 APR -8 PM 3: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Boyland, Jarmell
           Plaintiff,

vs.

Kimberly McMullen
           Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED  TEH
IN FORMA PAUPERIS
                                   (PR)

I, Boyland, Jarmell, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?                    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 | and wages per month which you received. (If you are imprisoned, specify the last place of
2 | employment prior to imprisonment.)
3 | ~~_____~~
4 | ~~_____~~
5 | ~~_____~~
6 | 2.   Have you received, within the past twelve (12) months, any money from any of the following
7 | sources:
8 |     a.   Business, Profession or                             Yes ___   No ✓
9 |         self employment
10 |     b.   Income from stocks, bonds,                        Yes ___   No ✓
11 |         or royalties?
12 |     c.   Rent payments?                                    Yes ___   No ✓
13 |     d.   Pensions, annuities, or                           Yes ___   No ✓
14 |         life insurance payments?
15 |     e.   Federal or State welfare payments,                Yes ___   No ✓
16 |         Social Security or other govern-
17 |         ment source?
18 | If the answer is "yes" to any of the above, describe each source of money and state the amount
19 | received from each.
20 | _____
21 | _____
22 | 3.   Are you married?                                     Yes ✓   No ___
23 | Spouse's Full Name: **Kimberly Mc Mullen**
24 | Spouse's Place of Employment: **Don't Know**
25 | Spouse's Monthly Salary, Wages or Income:
26 | Gross $ **?**                        Net $ **?**
27 | 4.   a.   List amount you contribute to your spouse's support:$ **Ø**
28 |     b.   List the persons other than your spouse who are dependent upon you for support

1 | and indicate how much you contribute toward their support. (NOTE: For minor
2 | children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3 | CRB - 7
4 |
5 | 5. Do you own or are you buying a home?  Yes ___ No ✓
6 | Estimated Market Value: $_____ Amount of Mortgage: $_____
7 | 6. Do you own an automobile?  Yes ✓ No ___
8 | Make _Dodge_ Year _2004_ Model _VAN_
9 | Is it financed? Yes ✓ No ___ If so, Total due: $ ?
10 | Monthly Payment: $ ?
11 | 7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
12 | Name(s) and address(es) of bank: _____
13 |
14 | Present balance(s): $ _____
15 | Do you own any cash? Yes ___ No ✓ Amount: $ _____
16 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 | market value.) Yes ___ No ✓
18 |
19 | 8. What are your monthly expenses?  N/A  INCARCERATED
20 | Rent: $ _0_ Utilities: _0_
21 | Food: $ _0_ Clothing: _0_
22 | Charge Accounts:
23 | Name of Account          Monthly Payment          Total Owed on This Acct.
24 | _0_ $ _____ $ _____
25 | _____ $ _____ $ _____
26 | _____ $ _____ $ _____
27 | 9. Do you have any other debts? (List current obligations, indicating amounts and to whom
28 | they are payable. Do not include account numbers.)  no

1
2
3   10.   Does the complaint which you are seeking to file raise claims that have been presented in
4   other lawsuits?   Yes ___   No ✓
5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6   they were filed.
7   _____
8   _____
9        I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11       I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  __4/5/08_____          x_____[signature]_____
15      DATE                          SIGNATURE OF APPLICANT
16
17
18
19
20
21
22
23
24
25
26
27
28

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of *Boyland, Jerrell* for the last six months at
[prisoner name]
*CJ 6# west- Annex* where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                                       _____

[Authorized officer of the institution]

I AM indigent cannot pay the FEE!!

-5-