United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JARMELL BOYLAND,

    Petitioner,

  vs.

KIMBERLY MCMULLEN,

    Respondent.

_____/

No. C 08-1884 TEH (PR)

JUDGMENT

    For the reasons stated in the order of dismissal, the petition is DISMISSED without prejudice. Judgment is entered in favor of Respondent.

IT IS SO ORDERED AND ADJUDGED.

DATED: 07/03/08

                                            THELTON E. HENDERSON
                                            United States District Judge

G:\PRO-SE\TEH\HC.08\Boyland1884.judgmt.wpd

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARMELL BOYLAND,<br><br>                Plaintiff,<br><br>      v.<br><br>KIMBERLY MCMULLEN et al,<br><br>                Defendant.                              / | Case Number: CV08-01884 TEH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kimberly McMullen #: J2343317
CJS West - Annex
1 Moreland Drive
P.O. Box 67
San Bruno, CA 94066


Dated: July 7, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk